# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Byer Clinic of Chiropractic, Ltd., et al.
                                    Plaintiff,

v.                                  Case No.: 1:14−cv−10183
                                    Honorable Matthew F. Kennelly

National Ultrasound, Inc., et al.
                                    Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 26, 2015:


MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the filing of a joint stipulation of dismissal, this case is dismissed without prejudice. The 5/27/2015 status hearing is vacated. Civil case terminated. Mailed notice.(pjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.